IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BRENDA E. MECHELS-STRUBY, and SHANNON K. MECHELS-STRUBY, Plaintiffs, vs. DILLION AUTO SALES, INC., Defendant. | 8:20-CV-49 JUDGMENT |

This matter is before the Court on the parties' Stipulation to Dismiss with Prejudice (Filing 25). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this case is dismissed with prejudice, both sides to bear their own fees and costs.

Dated this 8th day of September, 2020.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge